UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

F I L E D
OCT 1 6 2018
U.S. DISTRICT COURT
FLINT, MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO: 18-20594

HON. LINDA V. PARKER
United States District Judge

D-1 HECTOR MOLINA,
D-2 BRANDON CLAIBORNE, &
D-3 ANDREW ADCOCK

HON. STEPHANIE DAWKINS DAVIS
United States Magistrate Judge

    Defendants.

## GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrants in this case, and states:

1. The Indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrants be unsealed because the defendant has been arrested and is entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrants.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney


s/BLAINE T. LONGSWORTH
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI  48502
Blaine.longsworth@usdoj.gov
(810) 766-5177
P55984

Dated: October 16, 2018


**IT IS SO ORDERED.**

STEPHANIE DAWKINS DAVIS
United States Magistrate Judge

Entered: October 16, 2016